25-mj-5138

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>JOSE GILBERTO BONILLA-RAMOS, a/k/a "Vielo Peligro," "Scooby" and "Gariton,"<br>DOB: 03/15/1983,<br><br>*Defendant* | )<br>)  Case No. 23-MJ-758<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSE GILBERTO BONILLA-RAMOS, DOB: 03/15/1983,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C., Section 1326(a) - Illegal Reentry

Date:   08/24/2023 at 1:44 p.m.

*Issuing officer's signature*

City and state:   Central Islip, New York

HON. ARLENE R. LINDSAY, U.S.M.J.
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
|---|
| Date: _____   _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

PGS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

23-MJ-758

UNITED STATES OF AMERICA

COMPLAINT

- against -

(T. 8, U.S.C., § 1326(a))

JOSE GILBERTO BONILLA-RAMOS,
   also known as "Viejo Peligro,"
   "Scooby" and "Gariton,"

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

        DENNIS CARROLL, being duly sworn, deposes and states that he is a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, duly appointed according to law and acting as such.

        On or about August 22, 2023, within the Eastern District of New York and elsewhere, the defendant JOSE GILBERTO BONILLA-RAMOS, also known as "Viejo Peligro," "Scooby" and "Gariton," an alien who had previously been removed from the United States, was found in the United States, without the Secretary of the United States Department of Homeland Security, successor to the Attorney General of the United States, having expressly consented to such alien's applying for admission.

        (Title 8, United States Code, Sections 1326(a))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record and his Immigration file; and from reports of other law enforcement officers involved in the investigation.

2. Immigration records reveal that the defendant JOSE GILBERTO BONILLA-RAMOS is a citizen and national of El Salvador and that he was previously removed from the United States on July 22, 2005, pursuant to an immigration court order. The defendant's fingerprints were taken in connection with his removal.

3. On August 22, 2023, the defendant JOSE GILBERTO BONILLA-RAMOS was arrested in Nassau County and charged with Sexual Abuse in the First Degree: Sexual Contact with a Child Under the Age of Eleven Years Old, in violation of New York Penal Law Section 130.65(3).

4. The defendant's fingerprints were taken in connection with his arrest on August 22, 2023. Those fingerprints were entered into a law enforcement database and found to match the fingerprints taken of the defendant JOSE GILBERTO BONILLA-

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

RAMOS in connection with his removal proceedings, which led to his removal on July 22, 2005.

5.  A search of immigration records has revealed that there exists no request by the defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to reenter the United States.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant JOSE GILBERTO BONILLA-RAMOS, also known as "Viejo Peligro," "Scooby" and "Gariton," and that he be dealt with according to law.

*Dennis J Carroll*
DENNIS CARROLL
Deportation Officer, United States Department of Homeland Security, Immigration and Customs Enforcement

Sworn to before me this
24th day of August, 2023

THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK